IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS T. ALFORD,

    Plaintiff,                               No. CIV S-11-2583 GGH P

    vs.

SHASTA COUNTY SUPERIOR COURT,

    Defendant.                            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has submitted an application with the required certification by the institution and a copy of his trust account; however, plaintiff did not sign or date the in forma pauperis application. <u>See</u> 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided another opportunity to submit an application to proceed in forma pauperis that he has signed and dated, but he need not again seek certification or another copy of his trust account.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

\\\\

\\\\

1

1         2. Plaintiff shall submit, within thirty days from the date of this order, an in forma pauperis application that is signed and dated. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: October 11, 2011

            /s/ Gregory G. Hollows
           UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
alfo2583.3c